**EXHIBIT D**

**Seeking records sufficient to show the following data, on an annual basis, for each calendar year from 2000 to 2018:**

1. The number of federal NICS transactions that received an immediate response.

    | Year | Totals |
    |------|--------|
    | 2000 | 3,084,398 |
    | 2001 | 3,146,829 |
    | 2002 | 3,472,061 |
    | 2003 | 4,087,514 |
    | 2004 | 4,288,210 |
    | 2005 | 4,523,780 |
    | 2006 | 4,816,683 |
    | 2007 | 4,705,505 |
    | 2008 | 5,334,135 |
    | 2009 | 5,572,720 |
    | 2010 | 5,489,892 |
    | 2011 | 6,254,374 |
    | 2012 | 7,934,976 |
    | 2013 | 8,497,353 |
    | 2014 | 7,477,549 |
    | 2015 | 8,083,046 |
    | 2016 | 8,306,584 |
    | 2017 | 7,648,423 |
    | 2018 | 7,309,648 |

    Note:  The totals above do not include the immediate response of "delayed" listed in 1c.

    a. The number of federal NICS transactions that received an immediate response of "proceed."

    | Year | Totals |
    |------|--------|
    | 2000 | 3,008,468 |
    | 2001 | 3,073,921 |
    | 2002 | 3,404,780 |
    | 2003 | 4,014,739 |
    | 2004 | 4,233,211 |
    | 2005 | 4,476,809 |
    | 2006 | 4,771,494 |
    | 2007 | 4,662,435 |
    | 2008 | 5,290,003 |
    | 2009 | 5,532,719 |
    | 2010 | 5,448,435 |
    | 2011 | 6,210,169 |
    | 2012 | 7,885,241 |
    | 2013 | 8,448,926 |
    | 2014 | 7,431,806 |
    | 2015 | 8,034,005 |
    | 2016 | 8,256,829 |
    | 2017 | 7,600,259 |
    | 2018 | 7,259,714 |

b. The number of federal NICS transactions that received an immediate response of "denied," broken down by the applicable federal prohibited category / reason for the denial.

| Year | Totals |
|---|---|
| 2000-2002 | Not available |
| 2003 | 18,468 |
| 2004 | 18,551 |
| 2005 | 19,796 |
| 2006 | 21,755 |
| 2007 | 22,805 |
| 2008 | 25,904 |
| 2009 | 23,918 |
| 2010 | 25,472 |
| 2011 | 28,474 |
| 2012 | 32,433 |
| 2013 | 32,080 |
| 2014 | 33,032 |
| 2015 | 38,966 |
| 2016 | 40,914 |
| 2017 | 41,610 |
| 2018 | 44,094 |

**Note**: The reason for denial is not maintained on immediate response denial counts.

c. The number of federal NICS transactions that received an immediate response of "delayed."

| Year | Totals |
|---|---|
| 2000 | 1,175,872 |
| 2001 | 1,145,097 |
| 2002 | 776,832 |
| 2003 | 375,287 |
| 2004 | 396,808 |
| 2005 | 428,859 |
| 2006 | 446,069 |
| 2007 | 431,378 |
| 2008 | 479,114 |
| 2009 | 510,708 |
| 2010 | 547,502 |
| 2011 | 621,251 |
| 2012 | 790,449 |
| 2013 | 818,610 |
| 2014 | 779,139 |
| 2015 | 890,492 |
| 2016 | 1,054,249 |
| 2017 | 989,823 |
| 2018 | 925,694 |

2. The number of delayed federal NICS transactions resolved within three business days.
   a. The number of delayed federal NICS transactions resolved within three business days with a response of "proceed."
   b. The number of delayed federal NICS transactions resolved within three business days with a response of "denied," broken down by the applicable federal prohibited category / reason for the denial

   **Note:** This information is not available.

3. The total number of federal NICS transactions that remained delayed past three business days.

| Year | Totals |
|---|---|
| 2000-2013 | Not available |
| 2014 | 228,006 |
| 2015 | 271,359 |
| 2016 | 303,146 |
| 2017 | 310,232 |
| 2018 | 275,879 |

   a. The total number of federal NICS transactions that remained delayed past three business days and ultimately received a "proceed" response.

   **Note:** This information is not available.

   b. The total number of federal NICS transactions that remained delayed past three business days and ultimately received a "denied" response, broken down by the applicable federal prohibited category / reason for the denial.

   **Note:** This information is not available.

4. The number of federal NICS transactions purged unresolved at 90 days.

| Year | Totals |
|---|---|
| 2000-2013 | Not available |
| 2014 | 172,879 |
| 2015 | 200,360 |
| 2016 | 216,744 |
| 2017 | 212,617 |
| 2018 | 201,323 |

**Seeking records sufficient to show the following data for calendar year 2019:**

5. The total number of federal NICS transactions.

| Year | Totals |
|---|---|
| 2019 | 8,177,732 |

   a. The number of federal NICS transactions that received a "proceed" response.

| Year | Totals |
|---|---|
| 2019 | 7,763,319 |

   b. The number of federal NICS transactions that received a "denied" response.

| Year | Totals |
|---|---|
| 2019 | 103,592 |

Seeking records sufficient to show the following data, on a monthly basis, from January to March 2019 and January to March 2020:

1. The total number of federal NICS transactions.

    | Month | 2019 | 2020 |
    |---|---|---|
    | January | 586,144 | 721,803 |
    | February | 685,840 | 789,840 |
    | March | 823,273 | 1,462,536 |

    a. The number of federal NICS transactions that received a "proceed" response.

    | Month | 2019 | 2020 |
    |---|---|---|
    | January | 557,604 | 686,131 |
    | February | 643,894 | 739,217 |
    | March | 774,918 | 1,327,205 |

    b. The number of federal NICS transactions that received a "denied" response.

    | Month | 2019 | 2020 |
    |---|---|---|
    | January | 7,463 | 8,627 |
    | February | 8,249 | 9,738 |
    | March | 9,558 | 23,692 |

2. The number of federal NICS transactions that received an immediate response.

    | Month | 2019 | 2020 |
    |---|---|---|
    | January | 526,382 | 633,630 |
    | February | 611,110 | 703,718 |
    | March | 731,125 | 1,163,545 |

    Note:  The totals above do not include the immediate response of "delayed" listed in 2c.

    a. The number of federal NICS transactions that received an immediate response of "proceed."

    | Month | 2019 | 2020 |
    |---|---|---|
    | January | 522,853 | 629,427 |
    | February | 606,523 | 698,402 |
    | March | 725,550 | 1,153,073 |

    b. The number of federal NICS transactions that received an immediate response of "denied," broken down by the applicable federal prohibited category / reason for the denial.

    | Month | 2019 | 2020 |
    |---|---|---|
    | January | 3,161 | 3,736 |
    | February | 4,113 | 4,807 |
    | March | 5,029 | 9,676 |

    Note:  The reason for denial is not maintained on immediate response denial counts.

    c. The number of federal NICS transactions that received an immediate response of "delayed."

    | Month | 2019 | 2020 |
    |---|---|---|
    | January | 59,742 | 88,173 |
    | February | 74,726 | 86,122 |
    | March | 92,144 | 298,991 |

3. The number of delayed federal NICS transactions resolved within three business days.
    a. The number of delayed federal NICS transactions resolved within three business days with a response of "proceed."
    b. The number of delayed federal NICS transactions resolved within three business days with a response of "denied," broken down by the applicable federal prohibited category / reason for the denial

   **Note:** This information is not available.

4. The total number of federal NICS transactions that remained delayed past three business days.

   | Month | 2019 | 2020 |
   |---|---|---|
   | January | 18,624 | 20,759 |
   | February | 23,281 | 26,149 |
   | March | 28,089 | 76,558 |

    a. The total number of federal NICS transactions that remained delayed past three business days and ultimately received a "proceed" response.

       **Note:** This information is not available.

    b. The total number of federal NICS transactions that remained delayed past three business days and ultimately received a "denied" response, broken down by the applicable federal prohibited category / reason for the denial.

       **Note:** This information is not available.

5. The number of federal NICS transactions purged unresolved at 90 days.

   | Month | 2019 | 2020 |
   |---|---|---|
   | January | 15,009 | 16,686 |
   | February | 18,411 | 20,396 |
   | March | 21,661 | Unavailable |

   **Note:** March 2020 was unavailable at the time of this response.