UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 21-0166 (CRC) |

**NOTICE OF CONSENT TO ASSIGNMENT TO MAGISTRATE JUDGE**

Pursuant to Federal Rule of Civil Procedure 73(a) and 28 U.S.C. § 636(c)(1), Defendant respectfully provides notice that it consents to the assignment of this action to a Magistrate Judge for all purposes.

Dated: January 26, 2021
  Washington, DC

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: _____/s/_____
  APRIL DENISE SEABROOK
  Assistant United States Attorney
  555 Fourth Street, NW
  Washington, DC 20530
  (202) 252-2525

*Attorneys for the United States of America*