UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE BRADY CENTER TO PREVENT GUN VIOLENCE,**<br><br>       *Plaintiff*,<br><br>v.<br><br>**FEDERAL BUREAU OF INVESTIGATION,**<br><br>       *Defendant*. | **Civil Action No. 21-0166 (CRC)** |

## PARTIES' JOINT STATUS UPDATE

Pursuant to the Court's Minute Order dated April 28, 2021, The Brady Center to Prevent Gun Violence ("**Plaintiff**") and the Federal Bureau of Investigation ("**Defendant**") (collectively, the "**Parties**"), through counsel, having met and conferred, respectfully submit the following Joint Update to the Court:

1. Defendant denied Plaintiff's fee waiver requests for both FOIA Requests on **April 19, 2021**;

2. Defendant made a production of documents or portions thereof responsive to Plaintiff's FOIA Requests on **June 1, 2021**;

3. Plaintiff identified specific withholdings about which it requires more information and requested that Defendant provide a *Vaughn* index on **June 8, 2021**;

4. Defendant produced a *Vaughn* index no later than **July 14, 2021**;

5. Plaintiff filed an administrative appeal regarding the fee waiver denials on **July 16, 2021**;

6. The Parties met and conferred regarding the document productions and *Vaughn* index produced by Defendant on **July 27, 2021**;

7. The Parties continue to meet and confer to try to informally resolve their remaining issues and limit the number of issues that must be considered by the Court; and

8. The Parties propose providing the Court with another joint status update outlining the remaining issues that they are unable to informally resolve no later than **August 20, 2021**.

<table>
<tr><td>

DATED: July 28, 2021

CHANNING D. PHILLIPS
D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/ April Denise Seabrook (with consent)*
APRIL DENISE SEABROOK
D.C. Bar No. 993730
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2525 (telephone)
(202) 252-2590 (facsimile)
April.Seabrook@usdoj.gov

*Counsel for Defendant.*

</td><td>

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

*/s/ Holly Loiseau*
Holly Loiseau
D.C. Bar No. 452442
WEIL, GOTSHAL & MANGES LLP
2001 M Street, N.W., Suite 600
Washington, D.C. 20036
(202) 682-7144
Holly.loiseau@weil.com


Kayleigh Golish (*pro hac vice*)
Amama Rasani (*pro hac vice*)
Alex Walsh (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000
Kayleigh.golish@weil.com
Amama.rasani@weil.com
Alexander.walsh@weil.com

*Attorneys for Plaintiff.*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Parties' Joint Status Update has been served electronically via the Court's CM/ECF system upon the parties listed below this 28th day of July, 2021.

                                                                      */s/ Holly Loiseau*
Holly Loiseau
D.C. Bar No. 452442
2001 M Street, N.W., Suite 600
Washington, D.C. 20036
(202) 682-7144
holly.loiseau@weil.com

**VIA CM/ECF**

April Denise Seabrook, April.Seabrook@usdoj.gov
                            ASEABROOK@usa.doj.gov

Holly Loiseau, Holly.loiseau@weil.com
Kayleigh Golish, Kayleigh.golish@weil.com
Amama Rasani, Amama.rasani@weil.com
Alexander Walsh, Alexander.Walsh@weil.com