UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE BRADY CENTER TO PREVENT GUN VIOLENCE,**<br><br>*Plaintiff*,<br><br>v.<br><br>**FEDERAL BUREAU OF INVESTIGATION,**<br><br>*Defendant*. | Civil Action No. 21-0166 (CRC) |

## PARTIES' JOINT STATUS UPDATE

Pursuant to the Court's Minute Order dated August 1, 2021, The Brady Center to Prevent Gun Violence ("Plaintiff") and the Federal Bureau of Investigation ("Defendant") (collectively, the "Parties"), through counsel, having met and conferred, respectfully submit the following Joint Update to the Court:

1. **FBI's Document Production and *Vaughn* index**

    a. The Parties met and conferred regarding the document productions and *Vaughn* index produced by the FBI on **July 27, 2021**; **August 4, 2021**; and **August 13, 2021** by telephone and have conferred over email numerous times;

    b. On **July 28, 2021**, Defendant notified Plaintiff that more than 120 potentially responsive pages existed regarding Plaintiff's FOIA request 1451131-000;

    c. On **August 5, 2021**, the FBI informed the Brady Center that approximately 4,300 pages of documents potentially responsive to FOIA Request 1451131-000 had not been produced due to Brady Center's fee waiver election to limit the production if its fee waiver request was denied[1];

    d. On **August 11, 2021**, the Defendant indicated that, should the Plaintiff agree to pay fees incurred to process the remaining 4,300 pages, the Defendant would make 500-page monthly rolling releases to begin November 15, 2021 until complete, which Defendant estimated the completion date as August 2022, unless circumstances cause the date to shift;

---

[1] *See also* fee waiver denial letter dated April 19, 2021.

  e.  Plaintiff agreed that it would pay estimated fees of $135 for the Defendant to process and provide CD releases of the remaining potentially responsive 4,300 pages and requested that Defendant commit to a quicker production schedule on **August 13, 2021**;

  f.  The FBI indicated that it could not agree to a quicker production schedule on **August 16, 2021**;

  g.  The Parties are at an impasse regarding a reasonable production schedule for the remaining 4,300 pages of potentially responsive records to Plaintiff's FOIA request 1451131-000 and therefore propose to submit competing production schedules to this Court on **September 3, 2021**; and

  h.  The Parties will not be in a position to submit motions for summary judgment until the FBI has completed its production of the remaining potentially responsive 4,300 pages and therefore propose to submit competing amended case schedules to this Court following entry of the Court's order regarding the production schedule; and

  i.  The Parties continue to meet and confer regarding the sufficiency of the *Vaughn* index produced by Defendant.

2. **Fee Waiver Denial**

  a.  The FBI notified Plaintiff by letter dated **April 19, 2021** its fee waiver requests were denied for both FOIA requests and "[b]y [Plaintiff's] eFOIA Request [No. 1451131-000] dated October 29, 2019, [Plaintiff has] limited [its] request to two free hours of searching and 100 duplicated pages"[2];

  b.  Plaintiff filed an administrative appeal regarding the fee waiver denial on **July 16, 2021** to the Office of Information Policy ("OIP");

  c.  As of the filing of this update, the fee waiver denial appeal has not been resolved by the OIP; and

  d.  If the fee waiver denial appeal is not timely resolved in Plaintiff's favor, Plaintiff will seek to amend its complaint to seek relief from this Court regarding the fee waiver denials. Should the fee waiver appeal to the OIP be denied or should the OIP fail to timely resolve the fee waiver appeal, the Parties have agreed that Plaintiff will file its motion to amend complaint, with the Defendant's consent, no later than fourteen days after receiving a denial from the OIP or when Plaintiff has constructively exhausted its administrative remedies, whichever is later.

3. If these deadlines are acceptable to Your Honor, a Proposed Order with a So Ordered line is attached for the convenience of the Court.

---

[2] Upon submission of Plaintiff's FOIA requests dated October 29, 2019, Plaintiff elected for the production to be limited to two free hours of searching and 100 duplicated pages should its request for a fee waiver be denied. At the time, Plaintiff did not expect that its request for a fee waiver would be denied.

| | |
|---|---|
| DATED: August 20, 2021 | Respectfully submitted, |
| CHANNING D. PHILLIPS<br>D.C. Bar No. 415793<br>Acting United States Attorney | WEIL, GOTSHAL & MANGES LLP<br>*/s/ Holly Loiseau*<br>Holly Loiseau |
| BRIAN P. HUDAK<br>Acting Chief, Civil Division | D.C. Bar No. 452442<br>WEIL, GOTSHAL & MANGES LLP |
| */s/ Blake Weiner (with consent)*<br>BLAKE WEINER<br>VA Bar No. 94087<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 803-1604 (telephone)<br>(202) 252-2590 (facsimile)<br>Blake.Weiner@usdoj.gov | 2001 M Street, N.W., Suite 600<br>Washington, D.C. 20036<br>(202) 682-7144<br>Holly.loiseau@weil.com |
| *Counsel for the United States of America.* | Kayleigh Golish (*pro hac vice*)<br>Amama Rasani (*pro hac vice*)<br>Alex Walsh (*pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>(212) 310-8000<br>Kayleigh.golish@weil.com<br>Amama.rasani@weil.com<br>Alexander.walsh@weil.com |
| | *Counsel for the Brady Center to Prevent Gun Violence.* |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| **THE BRADY CENTER TO PREVENT GUN VIOLENCE,**<br><br>                             *Plaintiff*,<br><br>    v.<br><br>**FEDERAL BUREAU OF INVESTIGATION,**<br><br>                             *Defendant*. | **Civil Action No. 21-0166 (CRC)** |

### [PROPOSED] ORDER

In light of the Joint Status Report submitted by the Parties on August 20, 2021, the following schedule is hereby ordered:

| Submission | Deadline |
|---|---|
| The Parties shall submit competing amended production schedules for the remaining 4,300 pages referenced *supra*. | **September 3, 2021** |
| The Parties shall submit a joint or competing amended case schedules incorporating the Court's determination regarding the production schedule. | Within 30 days of entry of the Court's Order regarding the amended production schedule |

**SO ORDERED:**

Dated:  August ____, 2021

                                                                            _____
                                                                            Honorable Christopher R. Cooper
                                                                            U.S. District Court Judge