## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE BRADY CENTER TO PREVENT GUN VIOLENCE**<br><br>840 First Street, NE, Suite 400<br>Washington, DC 20002<br><br>                              *Plaintiff*,<br><br>    v.<br><br>**FEDERAL BUREAU OF INVESTIGATION**<br><br>935 Pennsylvania Avenue, NW<br>Washington, DC 20535<br>                              *Defendant*. | Civil Action No.  1:21-cv-00166-CRC |

### NOTICE OF WITHDRAWAL OF APPEARANCE ALEXANDER WALSH

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

Please take notice by this filing, Alexander Walsh hereby withdraws his appearance as counsel of record for Weil, Gotshal & Manges LLP ("Weil") in the above-captioned case. This notice is precipitated by Alexander Walsh's departure from Weil. Plaintiff Brady Center to Prevent Gun Violence will continue to be represented in the above-captioned case by other counsel of record.

Respectfully submitted,

DATED: September 9, 2021

                                           WEIL, GOTSHAL & MANGES LLP

                                           */s/ Holly Loiseau*
                                           Holly Loiseau
                                           D.C. Bar No. 452442
                                           WEIL, GOTSHAL & MANGES LLP
                                           2001 M Street, N.W., Suite 600
                                           Washington, D.C. 20036
                                           (202) 682-7144
                                           Holly.loiseau@weil.com

                                           Kayleigh Golish (*pro hac vice*)
                                           Amama Rasani (*pro hac vice*)
                                           WEIL, GOTSHAL & MANGES LLP
                                           767 Fifth Avenue
                                           New York, NY 10153-0119
                                           (212) 310-8000
                                           Kayleigh.golish@weil.com
                                           Amama.rasani@weil.com

                                           *Counsel for the Brady Center*
                                           *to Prevent Gun Violence*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2021, I caused the Notice of Withdrawal of Appearance of Alexander Walsh to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

WEIL, GOTSHAL & MANGES LLP

*/s/ Holly Loiseau*
Holly Loiseau
D.C. Bar No. 452442
WEIL, GOTSHAL & MANGES LLP
2001 M Street, N.W., Suite 600
Washington, D.C. 20036
(202) 682-7144
Holly.loiseau@weil.com

Kayleigh Golish (*pro hac vice*)
Amama Rasani (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000
Kayleigh.golish@weil.com
Amama.rasani@weil.com

*Counsel for the Brady Center
to Prevent Gun Violence*