**EXHIBIT B**

| | |
|---|---|
| **From:** | FBI.FOIPA.NEGOTIATION |
| **To:** | Golish, Kayleigh; Rasani, Amama |
| **Cc:** | Loiseau, Holly; Walsh, Alex |
| **Subject:** | RE: FOIA request 1471421 |
| **Date:** | Monday, November 16, 2020 7:40:41 AM |

Good morning Ms. Golish,

Thank you for your email. We will remove the analyst's email from FOIA 1451131, which will place that request in the small track. Regarding estimated times of completion, again, those are estimates, based on the best information we have available at the time. If you wish to consult further on this matter, you may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) using the contact information below:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Rd. – OGIS
College Park, MD  20740-6001

Email: ogis@nara.gov
Telephone: 202-741-5770
Fax: 202-741-5769

Alternatively, you may contact the FBI's FOIA Public Liaison by email at foipaquestions@fbi.gov. If you submit your dispute resolution correspondence by email, please use the subject heading "Dispute Resolution Services" and include the FOIA request number.

Best regards,

FBI FOIA Negotiation Team
Information Management Division
fbi.foipa.negotiation@fbi.gov
540-868-1695

---

**From:** Golish, Kayleigh <Kayleigh.Golish@weil.com>
**Sent:** Thursday, November 12, 2020 11:51 AM
**To:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>; Rasani, Amama <Amama.Rasani@weil.com>
**Cc:** Loiseau, Holly <holly.loiseau@weil.com>; Walsh, Alex <Alexander.Walsh@weil.com>
**Subject:** [EXTERNAL EMAIL] - RE: FOIA request 1471421

*Redacted*

Thank you for your email. Per our last email, yes we are willing to drop the analyst's email from the FOIA Request 1451131 (filed on October 29, 2019) in order drop it down into the small track.

However, we are still interested in speaking to someone with the authority to ensure quicker compliance with FOIA Request 1471421 (filed on July 22, 2020) and to provide us with a more concrete production deadline for FOIA Request 1451131 so as to avoid unnecessary litigation. If we are not able to obtain such assurances, we are prepared to file a complaint with respect to both requests. Please let us know if there is someone we can speak to who has the authority to engage in those discussions with us.

We appreciate your assistance!

Kind regards,
Kayleigh



**Kayleigh D. Golish**
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
kayleigh.golish@weil.com
+1 212 310 8332 Direct
+1 212 310 8007 Fax

**From:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Sent:** Tuesday, November 10, 2020 3:26 PM
**To:** Rasani, Amama <Amama.Rasani@weil.com>
**Cc:** Loiseau, Holly <holly.loiseau@weil.com>; Golish, Kayleigh <Kayleigh.Golish@weil.com>; Walsh, Alex <Alexander.Walsh@weil.com>
**Subject:** RE: FOIA request 1471421

Good afternoon Ms. Rasani,

Thank you for your email. As mentioned previously, estimated dates of completion are estimates and aren't absolutes. Requests in the small track tend to take the least amount of time to process, so removing those couple of pages upfront that don't address the subject your request but are keeping the request in the medium track would be a simple way to reduce the number of pages without losing relevant information. Did you want to go ahead and remove the analyst email so this request will fall into the small track? Please let us know.

Best regards,
*Redacted*

FBI FOIA Negotiation Team
Information Management Division
fbi.foipa.negotiation@fbi.gov

540-868-1695

---

**From:** Rasani, Amama <Amama.Rasani@weil.com>
**Sent:** Tuesday, November 10, 2020 12:21 PM
**To:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Cc:** Loiseau, Holly <holly.loiseau@weil.com>; Golish, Kayleigh <Kayleigh.Golish@weil.com>; Walsh, Alex <Alexander.Walsh@weil.com>
**Subject:** [EXTERNAL EMAIL] - RE: FOIA request 1471421

Good Afternoon,

Thank you for your response to our question regarding FOIA request 1471421. We discussed your proposal to exclude the analyst's email from the FOIA request with our client and we would like to discuss a couple of issues over a call this week with you and any other relevant parties at the FBI.

First, Brady Center intends to file a complaint against the FBI in the District Court of DC in connection with FOIA Requests 1451131 (filed on October 29, 2019) and potentially FOIA Request 1471421 (filed on July 22, 2020). Under the statutory timeframe, the FBI was required to provide a response to the Requests within 20 days and subsequently produce all documents in a prompt manner. Over one year has passed since the FOIA Request 1451131 was filed, and Brady Center has not received a single page responsive to our Request(s). Nearly four months have passed since FOIA Request 1471421 was filed, and Brady Center has still not received a letter identifying the number of responsive pages that exist or confirming what track it falls on. Only from our correspondence with you have we learned that our request can be easily narrowed to ensure a quicker production.

Second, in light of the significantly shorter timeline associated with pursuing a smaller track as opposed to medium track request for FOIA Request 1471421, we are willing to drop the analyst's email from the responsive documents to get our request within the small track's four-month estimated time frame for completion. However, in order for Brady Center to drop FOIA request 1471421 from its complaint, we need more certainty regarding a date by which the request will be completed. We would like to discuss with you, or someone with the appropriate authority, the possibility of setting a firm deadline for the production of FOIA Request 1471421 in order to preserve judicial resources and avoid unnecessary litigation at least with respect to FOIA Request 1471421.

Please let us know what time works best for you to discuss this further and if there is anyone else that should be on the call to move this forward. Thank you for your time!

Best,
Amama

3



**Amama Rasani**
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
amama.rasani@weil.com
+1 212 310 8762 Direct
+1 704 421 3940 Mobile
+1 212 310 8007 Fax

---

**From:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Sent:** Friday, October 23, 2020 7:58 AM
**To:** Rasani, Amama <Amama.Rasani@weil.com>
**Cc:** Loiseau, Holly <holly.loiseau@weil.com>; Golish, Kayleigh <Kayleigh.Golish@weil.com>; Walsh, Alex <Alexander.Walsh@weil.com>
**Subject:** RE: FOIA request 1471421

Good morning Ms. Rasani,

Thank you for your email. You're correct, estimated dates of completion are calculated from the date the request was received, which was July 27, 2020. However, it is an estimate and shouldn't be considered an absolute. Still, requests in the small track tend to take the least amount of time to process, so removing those couple of pages upfront that don't address the subject your request but are keeping the request in the medium track would be a simple way to reduce the number of pages without losing relevant information.

Please let us know.

Best regards,
*Redacted*

FBI FOIA Negotiation Team
Information Management Division
fbi.foipa.negotiation@fbi.gov
540-868-1695

---

**From:** Rasani, Amama <Amama.Rasani@weil.com>
**Sent:** Thursday, October 22, 2020 1:53 PM
**To:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Cc:** Loiseau, Holly <holly.loiseau@weil.com>; Golish, Kayleigh <Kayleigh.Golish@weil.com>; Walsh,

Alex <Alexander.Walsh@weil.com>
**Subject:** [EXTERNAL EMAIL] - RE: FOIA request 1471421

Hi *Redacted*

We spoke to our client regarding your proposal to remove the analyst's email from our FOIA request to conform to a small track request. We have a couple of follow-up questions before we agree to the proposal.

As per your email a small track request is currently estimated at 4 months. However, if we were to accept your proposal, would we receive the production 4 months from the date we filed the FOIA request *i.e.* July 27, 2020? If so, would it be possible for the FBI to agree to November 27, 2020 as the production deadline?

Thank you for your attention on this matter. We look forward to hearing from you!

Regards,
Amama



**Amama Rasani**
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
amama.rasani@weil.com
+1 212 310 8762 Direct
+1 704 421 3940 Mobile
+1 212 310 8007 Fax

---

**From:** Rasani, Amama
**Sent:** Tuesday, October 20, 2020 11:46 AM
**To:** 'FBI.FOIPA.NEGOTIATION' <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Cc:** Loiseau, Holly <holly.loiseau@weil.com>; Golish, Kayleigh <Kayleigh.Golish@weil.com>; Walsh, Alex <Alexander.Walsh@weil.com>
**Subject:** RE: FOIA request 1471421

Hi *Redacted*

Thank you for your response! We will discuss this information with our client and get back to your

shortly.

Best,
Amama



**Amama Rasani**
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
amama.rasani@weil.com
+1 212 310 8762 Direct
+1 704 421 3940 Mobile
+1 212 310 8007 Fax

---

**From:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Sent:** Tuesday, October 20, 2020 9:22 AM
**To:** Rasani, Amama <Amama.Rasani@weil.com>
**Cc:** Loiseau, Holly <holly.loiseau@weil.com>; Golish, Kayleigh <Kayleigh.Golish@weil.com>; Walsh, Alex <Alexander.Walsh@weil.com>
**Subject:** RE: FOIA request 1471421

Good morning Ms. Rasani,

Thank you for your email. Our estimated dates of completion have been revised since we've returned to full staffing, with small track requests currently estimated at approximately four months to complete. Medium requests are still averaging approximately 27 months.

I would be happy to chat with you any time this week, but until the documents are reviewed by a FOIA analyst, we are pretty limited in what we can say about them. If you would like to call, I am generally in the office from 7:00 am – 3:30 pm, Eastern time, Monday – Friday.

Best regards,
*Redacted*

FBI FOIA Negotiation Team
Information Management Division
fbi.foipa.negotiation@fbi.gov
540-868-1695

---

**From:** Rasani, Amama <Amama.Rasani@weil.com>

**Sent:** Monday, October 19, 2020 4:03 PM
**To:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Cc:** Loiseau, Holly <holly.loiseau@weil.com>; Golish, Kayleigh <Kayleigh.Golish@weil.com>; Walsh, Alex <Alexander.Walsh@weil.com>
**Subject:** [EXTERNAL EMAIL] - RE: FOIA request 1471421

Dear FBI FOIA Negotiation Team,

Thank you for your response. You are correct that we are proposing to narrow our FOIA 1471421 request and not FOIA request 1451131. However, before committing to narrow our request, we want to get some clarity on the time frame for our request.

According to the initial email we received from the FBI dated June 25, 2020, a small track request of 50 pages or less would require 8 months to complete whereas a medium request would require 29 months. Can you confirm that the small track timeline is still estimated to be 8 months. Additionally, since we submitted our request on July 27, 2020, would the 8 months run from our initial filing date?

Please let us know if you have some time for a brief call this week to discuss our request. We really appreciate your continued assistance!

Best Regards,
Amama



**Amama Rasani**
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
amama.rasani@weil.com
+1 212 310 8762 Direct
+1 704 421 3940 Mobile
+1 212 310 8007 Fax

---

**From:** "FBI.FOIPA.NEGOTIATION" <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Date:** October 19, 2020 at 9:36:05 AM EDT
**To:** "Golish, Kayleigh" <Kayleigh.Golish@weil.com>
**Subject: RE:  FOIA request 1451131/NICS Standard Operating Procedures**

Good morning Ms. Golish,

Thank you for your email and for your inquiry into possibly reducing the scope of your request. Based on your email, do I understand correctly that you would like to possibly reduce FOIA 1471421, not FOIA 1451131 in the subject line? If so, I

have reviewed the potentially responsive documents, and there are currently 51 pages in the request. The first three of those pages consist of our analyst's initial reach out to obtain responsive material. If we were to eliminate that email, the request would fall into the small track.

Would  you be willing to move forward with the request in this fashion?

Best regards,

FBI FOIA Negotiation Team
Information Management Division
fbi.foipa.negotiation@fbi.gov
540-868-1695

-----Original Message-----
From: Golish, Kayleigh <Kayleigh.Golish@weil.com>
Sent: Friday, October 16, 2020 2:38 PM
To: FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
Cc: Loiseau, Holly <holly.loiseau@weil.com>; Rasani, Amama <Amama.Rasani@weil.com>
Subject: [EXTERNAL EMAIL] - RE: FOIA request 1451131/NICS Standard Operating Procedures

Dear *Redacted*,

You may recall that we had been in contact back in July and August about two FOIA requests that our client (the Brady Center) submitted to the FBI. You had contacted us about whether we would be interested in narrowing one of our requests. In the context of those conversations, we requested that the request you contacted us about be considered for expedited processing. At the same you, we filed another expedited request related to how the FBI was adapting to the COVID pandemic in conducting firearm purchase background checks, which I am attaching for reference.

This second request (FOIA Request No. 1471421-000) was denied for expedited processing. We understand that FOIA Request No. 1471421-000 then went to the back of the queue for regular FOIA requests. To-date, we have not received any information regarding the track FOIA Request No. 1471421-000 is on (e.g., small, medium, large) or the FBI's expected timeline for production of documents responsive to the request.

Recently, the FBI made some productions of documents that are responsive to our FOIA Request No. 1471421-000 to another organization that we are unaffiliated with called Everytown. In light of the fact that some information we seek in this FOIA request is now publicly available, we are interested in narrowing the scope of the request to ensure that we receive non-public responsive documents as quickly as possible. We are reaching out to see if you have any information about how we can narrow this request for the FBI.

Please let us know if you have some time for a brief call next week to discuss or if

there is someone else we should direct our inquiry to. We greatly appreciate your
assistance.

Kind regards,
Kayleigh

Kayleigh D. Golish
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
kayleigh.golish@weil.com
+1 212 310 8332 Direct
+1 212 310 8007 Fax


-----Original Message-----
From: FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
Sent: Tuesday, August 4, 2020 11:13 AM
To: Lapin, John <John.Lapin@weil.com>
Cc: Loiseau, Holly <holly.loiseau@weil.com>; Golish, Kayleigh
<Kayleigh.Golish@weil.com>
Subject: RE: FOIA request 1451131/NICS Standard Operating Procedures

Dear Mr. Lapin,

Thank you for your email and for your inquiry into the status of your request for
expedited processing. Both requests will retain their original places in the queue,
so no worries about losing your place in the queue. FOIA 1471421/NICS
Background Check Process During the COVID-19 Pandemic is still in the initial
processing phase, where the analyst is searching for and retrieving potentially
responsive records, so we don't have a potential page count yet for that one. Your
other request, 1451131, which we had spoken about before, remains intact as a
complex medium track request at approximately 120 potentially responsive pages.
As a reminder, all pages are considered potentially responsive until they are
reviewed by a FOIA analyst, and no material in this request has undergone a
FOIA review yet.

I hope this information has been helpful to you. We appreciate your continued
patience as we work diligently during the national health emergency to process
your requests.

Best regards,
*Redacted*


FBI FOIA Negotiation Team
Information Management Division
fbi.foipa.negotiation@fbi.gov
540-868-1695

-----Original Message-----
From: Lapin, John <John.Lapin@weil.com>
Sent: Monday, August 3, 2020 5:07 PM
To: FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
Cc: Loiseau, Holly <holly.loiseau@weil.com>; Golish, Kayleigh
<Kayleigh.Golish@weil.com>
Subject: [EXTERNAL EMAIL] - RE: FOIA request 1451131/NICS Standard
Operating Procedures

*Redacted*

We received notification from the FBI that both of our requests for expedited
processing were denied. (I've attached the denial letters we received in response to
our COVID-19 related request, FOIPA Request No. 1471421-000, and our
original NICS SOP request, FOIPA Request No. 1451131-000.)

We have a few questions about what this means for our requests, e.g., whether
they return to their original place in the queue for processing, or whether they
move to the back of the line.

Are you available to speak tomorrow or Wednesday morning?

Best regards,

John J. Lapin

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
john.lapin@weil.com
+1 202 682 7157 Direct
+1 646 401 2307 Mobile
+1 202 857 0940 Fax
*Admitted in New York only. Practicing under the supervision of members of the
D.C. Bar.


-----Original Message-----
From: Golish, Kayleigh <Kayleigh.Golish@weil.com>
Sent: Wednesday, July 22, 2020 12:18 PM
To: FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
Cc: Loiseau, Holly <holly.loiseau@weil.com>; Lapin, John
<John.Lapin@weil.com>
Subject: RE: FOIA request 1451131/NICS Standard Operating Procedures

Thanks very much, *Redacted* This clarification is helpful. Take care!

Best,
Kayleigh

Kayleigh D. Golish
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
kayleigh.golish@weil.com
+1 212 310 8332 Direct
+1 212 310 8007 Fax

-----Original Message-----
From: FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
Sent: Wednesday, July 22, 2020 12:14 PM
To: Golish, Kayleigh <Kayleigh.Golish@weil.com>
Cc: Loiseau, Holly <holly.loiseau@weil.com>; Lapin, John
<John.Lapin@weil.com>
Subject: RE: FOIA request 1451131/NICS Standard Operating Procedures

Dear Ms. Golish,

Thank you for your email; it was a pleasure chatting with your team the other day.
I will pass your attached letter on to the folks who will make the decision for
expedited processing, and you should receive a letter addressing that request once
a decision is made.

There is a spot in the eFOIA request form regarding expedited processing. Please
go ahead and make your request there for expedited processing of the new FOIA
you mentioned. If you are asking that your requests for expedition are considered
in parallel, each request for expedition is considered on its own merits, as I
understand the process. If the topics are related and happen to share the same
documents, the requests may be combined, but otherwise, they are considered
individually. Hope this helps clarify a bit.

Best regards,
*Redacted*

FBI FOIA Negotiation Team
Information Management Division
fbi.foipa.negotiation@fbi.gov
540-868-1695

-----Original Message-----
From: Golish, Kayleigh <Kayleigh.Golish@weil.com>
Sent: Wednesday, July 22, 2020 11:42 AM
To: FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
Cc: Loiseau, Holly <holly.loiseau@weil.com>; Lapin, John
<John.Lapin@weil.com>
Subject: [EXTERNAL EMAIL] - RE: FOIA request 1451131/NICS Standard
Operating Procedures

Dear <sup>Redacted</sup>:

Thank you very much for taking the time to speak to us last week regarding the procedures of expedited processing of FOIA request 1451131. As discussed, you will find our arguments regarding why processing FOIA request 1451131 on an expedited basis is justified.

Please know that we have also submitted another separate FOIA request via the eFOIA page that we also request be processed on an expedited basis. Let us know if it would be helpful to know additional information about that request so that the two requests might be considered in parallel.

Kindly let us know if you have any questions, or if there are any other steps we should take to ensure our requests are considered for expedited processing.

Kind regards,
Kayleigh

Kayleigh D. Golish
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
kayleigh.golish@weil.com
+1 212 310 8332 Direct
+1 212 310 8007 Fax


-----Original Message-----
From: FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
Sent: Tuesday, July 14, 2020 10:14 AM
To: Lapin, John <John.Lapin@weil.com>
Cc: Golish, Kayleigh <Kayleigh.Golish@weil.com>; Loiseau, Holly
<holly.loiseau@weil.com>
Subject: RE: FOIA request 1451131/NICS Standard Operating Procedures

Noon Thursday works as far as I know. I should be back in my workspace by then. If not, I will give you a holler.

Thanks for your flexibility

FBI FOIA Negotiation Team
Information Management Division
fbi.foipa.negotiation@fbi.gov
540-868-1695

-----Original Message-----
From: Lapin, John <John.Lapin@weil.com>
Sent: Tuesday, July 14, 2020 9:20 AM

To: FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
Cc: Golish, Kayleigh <Kayleigh.Golish@weil.com>; Loiseau, Holly
<holly.loiseau@weil.com>
Subject: RE: FOIA request 1451131/NICS Standard Operating Procedures

Hi, *Redacted*. No worries. Thursday at noon works for us. Talk to you then.

John

-----Original Message-----
From: FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
Sent: Tuesday, July 14, 2020 5:51 AM
To: Lapin, John <John.Lapin@weil.com>
Cc: Golish, Kayleigh <Kayleigh.Golish@weil.com>; Loiseau, Holly
<holly.loiseau@weil.com>
Subject: RE: FOIA request 1451131/NICS Standard Operating Procedures

Actually, could we reschedule for Thursday? I had to temporarily relocate so my
workspace could be disinfected, so I won't have access back to it until at least
then. If that changes, I'll let you know.

Sorry for the inconvenience.

Best,
Becki

-----Original Message-----
From: Lapin, John <John.Lapin@weil.com>
Sent: Monday, July 13, 2020 1:58 PM
To: FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
Cc: Golish, Kayleigh <Kayleigh.Golish@weil.com>; Loiseau, Holly
<holly.loiseau@weil.com>
Subject: RE: FOIA request 1451131/NICS Standard Operating Procedures

Thank you, *Redacted*. Apologies for misspelling your name in my previous email.
Let's try for 11am tomorrow.

We can use the following dial-in information:

Dial-in details:
US toll free: 1 888 235 7501
Global toll free: 1 206 455 0084
Conference code: 2026827157
One-tap: 8882357501,2026827157#

Look forward to speaking tomorrow.

Best regards,
John

John J. Lapin

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
john.lapin@weil.com
+1 202 682 7157 Direct
+1 646 401 2307 Mobile
+1 202 857 0940 Fax
*Admitted in New York only. Practicing under the supervision of members of the
D.C. Bar.

-----Original Message-----
From: FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
Sent: Monday, July 13, 2020 1:36 PM
To: Lapin, John <John.Lapin@weil.com>
Cc: Golish, Kayleigh <Kayleigh.Golish@weil.com>; Loiseau, Holly
<holly.loiseau@weil.com>
Subject: RE: FOIA request 1451131/NICS Standard Operating Procedures

Good afternoon,

Any time but 10-11 am Eastern as I have another meeting. I am getting ready to
leave for the day, but just reply to this email and I'll make sure I am available.

Best,
*Redacted*

FBI FOIA Negotiation Team
Information Management Division
fbi.foipa.negotiation@fbi.gov
540-868-1695

-----Original Message-----
From: Lapin, John <John.Lapin@weil.com>
Sent: Monday, July 13, 2020 1:06 PM
To: FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
Cc: Golish, Kayleigh <Kayleigh.Golish@weil.com>; Loiseau, Holly
<holly.loiseau@weil.com>
Subject: RE: FOIA request 1451131/NICS Standard Operating Procedures

Hi, *Redacted* Are you available for a phone call tomorrow morning? We'd like to
talk about expediting this request.

Many thanks,

John J. Lapin

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
john.lapin@weil.com
+1 202 682 7157 Direct
+1 646 401 2307 Mobile
+1 202 857 0940 Fax
*Admitted in New York only. Practicing under the supervision of members of the
D.C. Bar.

-----Original Message-----
From: FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
Sent: Tuesday, July 7, 2020 11:14 AM
To: Lapin, John <John.Lapin@weil.com>; FBI.FOIPA.NEGOTIATION
<FBI.FOIPA.NEGOTIATION@FBI.GOV>
Cc: Golish, Kayleigh <Kayleigh.Golish@weil.com>; Loiseau, Holly
<holly.loiseau@weil.com>
Subject: RE: FOIA request 1451131/NICS Standard Operating Procedures

12pm Eastern time works. Looking forward to speaking with you tomorrow.

Best regards,

FBI FOIA Negotiation Team
Information Management Division
fbi.foipa.negotiation@fbi.gov
540-868-1695

-----Original Message-----
From: Lapin, John [mailto:John.Lapin@weil.com]
Sent: Tuesday, July 07, 2020 10:25 AM
To: FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
Cc: Golish, Kayleigh <Kayleigh.Golish@weil.com>; Loiseau, Holly
<holly.loiseau@weil.com>
Subject: RE: FOIA request 1451131/NICS Standard Operating Procedures

Thank you for your email. Does 12pm work for you? If so, here is the dial-in
information, as we are working remotely.

US toll free: 1 888 235 7501
Global toll free: 1 206 455 0084
Conference code: 2026827157
One-tap mobile: 8882357501,2026827157#

Best regards,

John

-----Original Message-----
From: FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
Sent: Tuesday, July 7, 2020 5:22 AM
To: Lapin, John <John.Lapin@weil.com>
Cc: Golish, Kayleigh <Kayleigh.Golish@weil.com>; Loiseau, Holly
<holly.loiseau@weil.com>
Subject: RE: FOIA request 1451131/NICS Standard Operating Procedures

I should have added that I am in the office generally until 1:30 pm, so any time
between 11:30 and 1:00 would work.

FBI FOIA Negotiation Team
Information Management Division
fbi.foipa.negotiation@fbi.gov
540-868-1695

-----Original Message-----
From: Lapin, John [mailto:John.Lapin@weil.com]
Sent: Monday, July 06, 2020 5:02 PM
To: FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
Cc: Golish, Kayleigh <Kayleigh.Golish@weil.com>; Loiseau, Holly
<holly.loiseau@weil.com>
Subject: RE: FOIA request 1451131/NICS Standard Operating Procedures

Good afternoon,

Thank you for your response and willingness to speak.

Are you available Wednesday morning, between 10:15 and 11am or after
11:30am?

Best regards,

John J. Lapin

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
john.lapin@weil.com
+1 202 682 7157 Direct
+1 646 401 2307 Mobile
+1 202 857 0940 Fax
*Admitted in New York only. Practicing under the supervision of members of the
D.C. Bar.

-----Original Message-----
From: FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
Sent: Monday, July 6, 2020 1:18 PM
To: Lapin, John <John.Lapin@weil.com>
Subject: RE: FOIA request 1451131/NICS Standard Operating Procedures

Dear Mr. Lapin,

Thank you for your email. I would be happy to chat with you about your request.
We are currently on a staggered schedule, given the continuing state of the
pandemic. I am typically available Monday through Friday from 5:00 am until
1:30 pm, Eastern time. Would sometime tomorrow morning work? I would be
happy to give you a call.

Best regards,

FBI FOIA Negotiation Team
Information Management Division
mailto:fbi.foipa.negotiation@fbi.gov
540-868-1695


-----Original Message-----
From: Lapin, John [mailto:John.Lapin@weil.com]
Sent: Monday, July 06, 2020 12:07 PM
To: FBI.FOIPA.NEGOTIATION
<mailto:FBI.FOIPA.NEGOTIATION@FBI.GOV>
Subject: RE: FOIA request 1451131/NICS Standard Operating Procedures

Thank you for your email. We acknowledged receipt on July 1 (attached) and do
so again. The stated processing time is disappointing and contrary to FOIA's
requirements. "FOIA requires that the agency make the records 'promptly
available,' which depending on the circumstances typically would mean within
days or a few weeks of a 'determination,' not months or years." Citizens for
Responsibility & Ethics in Washington v. Fed. Election Comm'n, 711 F.3d 180,
188 (D.C. Cir. 2013) (quoting 5 U.S.C. § 552(a)(3)(A), (a)(6)(C)(i)).

Please let us know if we may speak to someone to in the Negotiation Team to get
a more timely response to this request.

Best regards,

John J. Lapin

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
mailto:john.lapin@weil.com
+1 202 682 7157 Direct

+1 646 401 2307 Mobile
+1 202 857 0940 Fax
*Admitted in New York only. Practicing under the supervision of members of the
D.C. Bar.

-----Original Message-----
From: FBI.FOIPA.NEGOTIATION
<mailto:FBI.FOIPA.NEGOTIATION@FBI.GOV>
Sent: Monday, July 6, 2020 5:37 AM
To: Lapin, John <mailto:John.Lapin@weil.com>
Subject: FW: FOIA request 1451131/NICS Standard Operating Procedures

Good morning Ms. Losieau and Mr. Lapin,

We hadn't heard back from you and wanted to follow up.

Best regards,

FBI FOIA Negotiation Team
Information Management Division
mailto:fbi.foipa.negotiation@fbi.gov
540-868-1695

-----Original Message-----
From: FBI.FOIPA.NEGOTIATION
Sent: Wednesday, July 01, 2020 7:39 AM
To: mailto:john.lapin@weil.com
Subject: FW: FOIA request 1451131/NICS Standard Operating Procedures

Good morning Ms. Losieau and Mr. Lapin,

We hadn't heard back from you and wanted to follow up.

Best regards,

FBI FOIA Negotiation Team
Information Management Division
mailto:fbi.foipa.negotiation@fbi.gov
540-868-1695

-----Original Message-----
From: FBI.FOIPA.NEGOTIATION
Sent: Thursday, June 25, 2020 9:48 AM
To: mailto:john.lapin@weil.com
Subject: FOIA request 1451131/NICS Standard Operating Procedures

Dear Ms. Losieau and Mr. Lapin,

Thank you for contacting the Public Information Officer (PIO) regarding your request. Your inquiry has been forwarded to the negotiation team for further handling. At approximately 120 potentially responsive pages, your request is currently in the medium track. Your request would need to contain 50 or fewer potentially responsive pages to move it to the small track, which tends to be the fastest of the tracks.

Given the current COVID-19 pandemic and federal guidelines to mitigate the spread of the virus, the FBI's Records /Information Dissemination Section (RIDS) has been operating with limited staff on a staggered schedule to protect the safety of its employees, families, and communities.

As a result, estimated dates of completion for Freedom of Information Act requests were impacted and you can expect lengthened response timelines. We now estimate that small track requests (50 pages or fewer) will require approximately 8 months to complete; medium track requests (51 - 950 pages) will require approximately 29 months to complete; large track requests (951-8,000 pages) will require approximately 56 months to complete, and extra-large requests (over 8,000 pages) will require approximately 70 months to complete. Please note that these are estimates and these timelines may change as the national emergency evolves. The FBI remains committed to fulfilling your FOIPA request in the timeliest manner possible. Thank you for your patience and understanding.

Best regards,

FBI FOIA Negotiation Team
Information Management Division
mailto:fbi.foipa.negotiation@fbi.gov
540-868-1695

_____

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, mailto:postmaster@weil.com, and destroy the original message. Thank you.

_____

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying

of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.