**EXHIBIT F**

| | |
|---|---|
| **From:** | FOIPAQUESTIONS |
| **To:** | Walsh, Alex |
| **Subject:** | RE: Dispute Resolution Services - FOIA Requests 1451131; 1471421 |
| **Date:** | Thursday, December 10, 2020 8:59:55 AM |

Good morning,

Thank you for your inquiry regarding the status of your Freedom of Information Act/Privacy (FOIPA) requests.   A review of your FOIPA Request Number **1451131-000** has determined the following:

The request is presently awaiting assignment to a Disclosure analyst who will then review the records to determine if any redactions are required pursuant to subsections of Title 5, U. S. Code, Section 552 and 552a.

You may check the status of your request online at http://vault.fbi.gov by clicking on the 'Check Status of Your FOI/PA Request' link.  Online status reports are updated weekly.

Requests are processed in the order in which they are received through our multi-track processing system.  Requests are divided into two primary tracks--simple (under 50 pages of potentially responsive documents) and complex (over 50 pages of potentially responsive documents).  Complex requests are further divided into medium, large, and extra-large sub-tracks based upon request size.  Simple track requests typically require the least amount of time to process.  Currently, simple track cases average approximately 106 days from the date of receipt for processing.  Our complex requests in the medium processing track are currently averaging 785 days, large processing track are currently averaging approximately 1,695 days, and extra-large processing track are currently averaging 2,088 days for processing.

Your request is currently in the complex request medium processing track, and the estimated date of completion for your request is February 2022.  If your request is considered a complex track, considering reducing the scope of your request may accelerate the process as it could potentially place your request in a quicker processing track.  This may also reduce any search and duplication costs, if applicable, and allow for a more timely receipt of your information.  If you wish to discuss reducing the scope of your request, please indicate so and a representative will be in contact.

A review of your FOIPA Request Number **1471421-000** has determined the following:

The request is presently assigned to a Disclosure analyst who is reviewing the records to determine if any redactions are required pursuant to subsections of Title 5, U. S. Code, Section 552 and 552a.

FOIPA Request Number 1471421-000 is the request that was negotiated from 51 to 48 pages.

The estimated date of completion for the request is March 2021.

Requests are processed in the order in which they are received through our multi-track system. Please remember that the FBI receives a voluminous amount of requests on a daily, weekly, monthly, and annual basis. Your continued patience is appreciated.

1

Respectfully,

Public Information Officer
FBI - Information Management Division
170 Marcel Drive
Winchester, VA  22602
O: (540) 868-4593
F: (540) 868-4391
E: foipaquestions@fbi.gov

---

**From:** Walsh, Alex <Alexander.Walsh@weil.com>
**Sent:** Wednesday, December 9, 2020 6:31 PM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Cc:** Loiseau, Holly <holly.loiseau@weil.com>; Golish, Kayleigh <Kayleigh.Golish@weil.com>; Rasani, Amama <Amama.Rasani@weil.com>
**Subject:** [EXTERNAL EMAIL] - Dispute Resolution Services - FOIA Requests 1451131; 1471421

Good Afternoon,

We are writing in connection with two FOIA requests submitted to the FBI on behalf of our client, the Brady Center — FOIA Request 1451131 (filed on October 29, 2019) and FOIA Request 1471421 (filed on July 22, 2020). Given the delay of production on both requests, we have corresponded and spoken with the FBI FOIA Negotiation team on several occasions over the course of the last year. Most recently, we've requested that the FBI FOIA Negotiation team engage someone with the authority to ensure quicker compliance with FOIA Request 1471421 (filed on July 22, 2020) and to provide us with a more concrete production deadline for FOIA Request 1451131 (filed on October 29, 2019) so as to avoid unnecessary litigation.

On our end, the Brady Center has agreed to reduce FOIA Request 1451121 potential production from 51 pages to 48, as to meet the threshold for a "small track request." Although we were provided with an estimated completion date of "four months", we were advised by the FBI FOIA Negotiation team to reach out to your office to explore any opportunities to explore quicker compliance. Further, we also seek a more concrete deadline for FOIA Request 1451131 given the lack of any production since the original request more than a year ago.

Accordingly, in order to preserve judicial resources and avoid unnecessary litigation, could your team advise whether it is able to assist facilitate our requests? We are able to discuss over a call with you and any other relevant parties if helpful.

Thank you for your time.

Best,
-Alex

2



**Alexander Walsh**
Associate

Alexander.Walsh@weil.com
+1 212 310 8203 Direct
+1 212 310 8007 Fax

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.