# EXHIBIT H



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Holly Loiseau, Esq.

Holly.loiseau@weil.com

Re:
December 1, 2021
Appeal Nos. A-2021-02392 & A-2021-02393
Request Nos. 1451131 & 1471421
JNW:AMF

**VIA: Email**

Dear Holly Loiseau:

    You appealed from the actions of the Federal Bureau of Investigation on your Freedom of Information Act request for access to records concerning the NICS Operating Procedure and NICS Background Check Procedure during COVID-19.

    I have been informed that you filed a lawsuit concerning the FBI's actions in the United States District Court for the District of Columbia. As indicated in the Department of Justice's regulations located at 28 C.F.R. § 16.8(b)(2) (2020), appeals ordinarily will not be acted upon by this Office if the FOIA requests become the subject of litigation. For this reason, I am closing your appeal files in this Office.

    If you have any questions regarding the action this Office has taken on your appeals, you may contact this Office's FOIA Public Liaison for your appeals. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

X_____
Matthew Hurd,
Chief, Administrative Appeals Staff