UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE, <br>         Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br>         Defendant. | Civil Action No. 21-0166 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of September 9, 2021, Defendant Federal Bureau of Investigation ("Defendant" or "FBI"), a component-agency of the United States Department of Justice ("DOJ"), and Plaintiff The Brady Center to Prevent Gun Violence ("Brady Center" or "Plaintiff") hereby submit this Joint Status Report regarding the processing of the requests that are the subject of this case.

## BACKGROUND

1. This matter concerns a request submitted to the FBI under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), by Plaintiff for records related to the National Instant Criminal Background Check Systems Standard Operating Procedures ("SOP FOIA Request").[1]

2. On September 9, 2021, after consideration of the parties' respective proposed processing schedules, the Court ordered that Defendant shall process 500 pages per month and make

---

[1] Plaintiff also submitted a FOIA request July 22, 2020, related to staffing and processing times of background checks during the COVID-19 pandemic ("COVID-19 Request"). Defendant identified responsive records totaling under 100 pages. This production did not involve a fee; thus, the responsive, non-exempt records and associated release letter were sent to Plaintiff June 1, 2021.

monthly productions of non-exempt pages commencing November 15, 2021, until all pages responsive to Plaintiff's FOIA request are processed" and that the parties must "file a Joint Status Report on or before January 14, 2022, and every 60 days thereafter pending further order of the Court."

## STATUS OF PLAINTIFF'S FOIA REQUEST

3. The FBI has completed its search for records responsive to the SOP FOIA Request.

4. The FBI has processed records and issued responses as follows:

- November 15, 2021 – 520 pages reviewed, with 246 pages released (with redactions), and
- December 15, 2021 – 502 pages reviewed, with 103 released (with redactions).

## NEXT STEPS

5. As required by the Court's Minute Order, the parties will file their next Joint Status Report in 60 days, i.e., no later than March 15, 2022.

| | |
|---|---|
| Date: January 14, 2022 | Respectfully submitted, |
| By: */s/ Carrie Mahan* | MATTHEW M. GRAVES |
| /s/ Carrie Mahan | D.C. Bar No. 481051 |
| D.C. Bar No. 459802 | United States Attorney |
| WEIL, GOTSHAL & MANGES LLP | |
| 2001 M Street, N.W., Suite 600 | BRIAN P. HUDAK |
| Washington, D.C. 20036 | Acting Chief, Civil Division |
| (202) 682-7231 | |
| carrie.mahan@weil.com | By:  */s/ April Denise Seabrook* |
| | APRIL DENISE SEABROOK |
| Kayleigh Golish (pro hac vice) | D.C. Bar No. 993730 |
| Amama Rasani (pro hac vice) | Assistant United States Attorney |
| WEIL, GOTSHAL & MANGES LLP | 555 4th Street, N.W. |
| 767 Fifth Avenue | Washington, D.C. 20530 |
| New York, NY 10153-0119 | (202) 252-2525 |
| (212) 310-8000 | April.Seabrook@usdoj.gov |

*Counsel for Plaintiff*