UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE, <br>        Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br>        Defendant. | Civil Action No. 21-0166 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of September 9, 2021, Plaintiff the Brady Center to Prevent Gun Violence ("Brady Center" or "Plaintiff"), and Defendant Federal Bureau of Investigation ("Defendant" or "FBI"), a component-agency of the United States Department of Justice ("DOJ"), hereby submit this Joint Status Report regarding the processing of the requests that are the subject of this case.

## BACKGROUND

1. On September 9, 2021, after consideration of the parties' respective proposed processing schedules, the Court ordered that Defendant shall process 500 pages per month and make monthly productions of non-exempt pages commencing November 15, 2021, until all pages responsive to Plaintiff's FOIA request are processed and that the parties must "file a Joint Status Report on or before January 14, 2022, and every 60 days thereafter pending further order of the Court" ("September 9, 2021 Order").

2. The parties' first Joint Status Report was filed on January 14, 2022 ("January 14, 2022 Joint Status Report") in accordance with the Court's September 9, 2021 Order.

## STATUS OF PLAINTIFF'S FOIA REQUEST

3. The FBI has completed its search for records responsive to the SOP FOIA Request.

4. Since the parties' March 15, 2022 Joint Status Report, the FBI has processed records and issued responses as follows:

   - March 15, 2022 – 509 pages reviewed, with 190 released (with redactions),
   - April 15, 2022 – 507 pages reviewed, with 191 released (with redactions), and.
   - May 13, 2022 –506 pages reviewed, with 152 released (with redactions).

5. For a number of productions, the FBI indicated that it was consulting with another agency and that the FBI would correspond with Brady Center regarding the information once the consultation is completed. To date, Brady Center has not received any additional information regarding the status of those consultations. These productions include the following:

   - November 15, 2021 – 520 pages reviewed, with 246 released (with redactions),
   - December 15, 2021 – 502 pages reviewed, with 103 released (with redactions),
   - February 15, 2022 – 502 pages reviewed, with 153 released (with redactions); and
   - May 13, 2022 – 506 pages reviewed, with 152 released (with redactions).

## NEXT STEPS

6. The FBI will continue to process the potentially responsive records at a rate of at least 500 pages per month and make monthly productions on or about the 15th day of each month.

7. As required by the Court's Minute Order, the parties will file their next Joint Status Report in 60 days, i.e., no later than July 15, 2022.

Date: May 16, 2022

By: /s/ *Carrie Mahan (with consent)*
Carrie Mahan
D.C. Bar No. 459802
WEIL, GOTSHAL & MANGES LLP
2001 M Street, N.W., Suite 600
Washington, D.C. 20036
(202) 682-7231
carrie.mahan@weil.com

Kayleigh Golish (pro hac vice)
Amama Rasani (pro hac vice)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000

*Counsel for Plaintiff Brady Center to Prevent Gun Violence*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481051
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *April Denise Seabrook*
APRIL DENISE SEABROOK
D.C. Bar No. 993730
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2525
April.Seabrook@usdoj.gov

*Counsel for Defendant Federal Bureau of Investigation*