UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRADY CTR. TO PREVENT GUN
VIOLENCE,

       Plaintiff,

    v.

FEDERAL BUREAU OF INVESTIGATION
DEPARTMENT OF JUSTICE,

       Defendants.

Civ. A. No. 21-166 (CRC)

## <u>NOTICE OF SUBSTITUTION OF COUNSEL</u>

The Clerk of Court will please enter the appearance of Assistant United States Attorney

John Moustakas and remove the appearance of Assistant United States Attorney April Denise

Seabrook as counsel for Defendant in the above-captioned case.

Dated:  August 9, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:   */s/John Moustakas*
JOHN MOUSTAKAS, D.C. Bar #442076
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2518

*Attorneys for the United States of America*