UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE, <br>             Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br>             Defendant. | Civil Action No. 21-0166 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Orders of September 9, 2021 and July 19, 2022, Plaintiff the Brady Center to Prevent Gun Violence ("Brady Center" or "Plaintiff"), and Defendant Federal Bureau of Investigation ("Defendant" or "FBI"), a component-agency of the United States Department of Justice ("DOJ"), hereby submit this Joint Status Report regarding the processing of the requests that are the subject of this case.

Defendant's Position:

FBI has completed processing of all responsive records.  Outstanding are consultations with other agencies.  FBI will continue to make releases on a rolling basis as records returns from the consulting agencies.  FBI will report the status of the processing of the remaining records in the parties' next joint status report on November 14, 2022.

Plaintiff's Position:

## BACKGROUND

1. On September 9, 2021, after consideration of the parties' respective proposed processing schedules, the Court ordered that Defendant shall process 500 pages per month and make monthly productions of non-exempt pages commencing November 15, 2021, until all pages responsive to Plaintiff's FOIA request are processed and that the parties must "file a Joint Status Report on or before January 14, 2022, and every 60 days thereafter pending further order of the Court" ("September 9, 2021 Order").

2. The parties' first Joint Status Report was filed on January 14, 2022 ("January 14, 2022 Joint Status Report") in accordance with the Court's September 9, 2021 Order.

3. On July 19, 2022, the Court ordered the parties to file a Joint Status Report on or before September 13, 2022 outlining how many pages remain to be processed and the estimated time to complete such processing.

## STATUS OF PLAINTIFF'S FOIA REQUEST

4. The FBI has completed its search for records responsive to Plaintiff's FOIA Request.

5. Since the parties' July 15, 2022 Joint Status Report, the FBI has processed records and issued responses as follows:

    - August 15, 2022 – 55 pages reviewed, with 27 pages released (with redactions).

6. The total pages produced to date are as follows:

    - 4,539 pages reviewed

    - 1,558 released

7. The FBI has indicated that no more pages remain to be processed and will continue to make productions of any remaining documents on a rolling basis.

**NEXT STEPS**

8. The parties are in the process of meeting and conferring regarding a proposed briefing schedule.

9. As required by the Court's Minute Order, the parties will file their next Joint Status Report in 60 days, *i.e.*, no later than November 14, 2022.

Date: September 13, 2022

By: */s/ Carrie C. Mahan*
Carrie C. Mahan (D.C. Bar No. 459802)
S. Nicole Booth (D.C. Bar No. 1723904)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, N.W., Suite 600
Washington, D.C. 20036
(202) 682-7231
carrie.mahan@weil.com
nicole.booth@weil.com

Amama Rasani (pro hac vice)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000

*Counsel for Plaintiff Brady Center to Prevent Gun Violence*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481051
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  */s/ John Moustakas*
JOHN MOUSTAKAS
D.C. Bar No. 442076
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov

*Counsel for Defendant Federal Bureau of Investigation*