UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE, <br>       Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br>       Defendant. | Civ. A. No. 21-0166 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Orders of September 9, 2021 and September 16, 2022, Plaintiff the Brady Center to Prevent Gun Violence ("Brady Center" or "Plaintiff"), and Defendant Federal Bureau of Investigation ("Defendant" or "FBI"), a component-agency of the United States Department of Justice ("DOJ"), hereby submit this Joint Status Report regarding the processing of the requests that are the subject of this case.

On September 16, 2022, the Court ordered the parties to file a further Joint Status Report on or before November 14, 2022 outlining how many pages remain to be processed and the estimated time to complete such processing.

The FBI has finished processing records responsive to Plaintiff's FOIA request, and is now only awaiting responses from outstanding consultations requested of other agencies. All told, FBI processed 4,544 pages and released 1,560 pages. Pursuant to its eventual duty to "meet and confer," Plaintiff has reviewed the production population during the current lull in activity and requested information of Defendant pertaining to exemptions invoked or redactions made in the productions—in some cases relative to how similar FOIA requests were handled in prior FOIA

lawsuits. Those requests were forwarded by undersigned government counsel to the FBI on November 10, 2022. The parties hope to resolve these questions without the need for further litigation. In the event that clarifications or additional refinements need to be made in order to determine whether litigation can be avoided, the parties will use best efforts to report on those efforts before the date on which the next joint status report is due. If agreement cannot be reached and the parties agree that motions practice is necessary, the parties will be prepared to set forth a briefing schedule to accomplish that in the next report.

Consistent with the Court's Minute Order, the parties will submit their next Joint Status Report no later than January 13, 2023.

| | |
|---|---|
| Date: November 14, 2022 | Respectfully submitted, |
| By: */s/ Carrie C. Mahan* <br> Carrie C. Mahan, D.C. Bar # 459802 <br> S. Nicole Booth, D.C. Bar # 1723904 <br> WEIL, GOTSHAL & MANGES LLP <br> 2001 M Street, N.W., Suite 600 <br> Washington, D.C. 20036 <br> (202) 682-7231 <br> carrie.mahan@weil.com | MATTHEW M. GRAVES, D.C. Bar # 481051 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Civil Division |
| Amama Rasani (pro hac vice) <br> WEIL, GOTSHAL & MANGES LLP <br> 767 Fifth Avenue <br> New York, NY 10153-0119 <br> (212) 310-8000 | By:  */s/ John Moustakas* <br> JOHN MOUSTAKAS, D.C. Bar # 442076 <br> Assistant United States Attorney <br> 601 D Street, N.W. <br> Washington, D.C. 20530 <br> (202) 252-2518 <br> john.moustakas@usdoj.gov |
| *Counsel for Plaintiff Brady Center to Prevent Gun Violence* | *Counsel for Defendant Federal Bureau of Investigation* |