UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE**,** <br>           Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br>           Defendant. | Civ. A. No. 21-0166 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of January 20, 2023, Plaintiff the Brady Center to Prevent Gun Violence ("Brady Center" or "Plaintiff"), and Defendant Federal Bureau of Investigation ("Defendant" or "FBI"), a component-agency of the United States Department of Justice ("DOJ"), hereby submit this Joint Status Report regarding the processing of the requests that are the subject of this case.

## PLAINTIFF'S POSITION

Since the FBI began producing pages in June, 2021, Defendant has reviewed 4,547 pages and released 1,561 pages. However, within the past 120 days, Defendant has released only one page. Since September 13, 2022, six months ago, the FBI has continuously represented to the Court that no more pages remain to be processed and that it is only awaiting responses from outstanding consultations requested of other agencies.  In the last Joint Status Report, Plaintiff and Defendant disagreed as to whether Defendant's responses to Plaintiff's inquiries sufficiently explained Defendant's reasoning for each claimed FOIA exemption or resolved Plaintiff's outstanding questions related to the productions. Plaintiff does not believe this disagreement has been resolved.

**DEFENDANT'S POSITION**

As the draft that Defendant proffered for submission as the Parties' Joint Status Report indicated, Defendant awaits the return of records from other government agencies to which they have been sent for consultation. After the records are returned, Defendant will promptly release any non-exempt records or portions thereof.

As there has been no further conferring between the parties in the interim, Defendant is unable to respond to Plaintiff's reference to unresolved disagreements – especially since Plaintiff has declined to explain them in response to Defendant's question. In any case, Defendant stands at the ready to meet and confer in a genuine attempt to resolve the matter so long as doing so can be accomplished without doing violence to the most important interests that the FOIA exemptions are designed to protect. Beyond that, disagreements are for resolution in connection with the Parties' cross motions and not in the inapt context of passing references in status reports.

| | |
|---|---|
| Date: March 14, 2023 | Respectfully submitted, |
| By: /s/ Carrie C. Mahan_____ | MATTHEW M. GRAVES, D.C. Bar # 481051 |
| Carrie C. Mahan, D.C. Bar # 459802 | United States Attorney |
| S. Nicole Booth, D.C. Bar # 1723904 | |
| WEIL, GOTSHAL & MANGES LLP | BRIAN P. HUDAK |
| 2001 M Street, N.W., Suite 600 | Civil Division |
| Washington, D.C. 20036 | |
| (202) 682-7231 | By:  /s/ John Moustakas_____ |
| carrie.mahan@weil.com | JOHN MOUSTAKAS, D.C. Bar # 442076 |
| nicole.booth@weil.com | Assistant United States Attorney |
| | 601 D Street, N.W. |
| *Counsel for Plaintiff Brady Center to Prevent Gun Violence* | Washington, D.C. 20530 |
| | (202) 252-2518 |
| | john.moustakas@usdoj.gov |
| | |
| | *Counsel for Defendant Federal Bureau of Investigation* |