UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br>       Plaintiff,<br><br>      v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>      Defendant. | Civ. A. No. 21-0166 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Orders of September 9, 2021 and March 17, 2023, Plaintiff the Brady Center to Prevent Gun Violence ("Brady Center" or "Plaintiff"), and Defendant Federal Bureau of Investigation ("Defendant" or "FBI"), a component-agency of the United States Department of Justice ("DOJ"), hereby submit this Joint Status Report regarding the processing of the requests that are the subject of this case.

The Court's March 17, 2023, Minute Order directed that the next (today's) Joint Status Report "contain specific information regarding the status of review by the agencies with whom the FBI has consulted." Three consultations were sought. One has been returned and two remain outstanding: 69 pages from ATF and 179 pages from ICE. In addition, the Court encouraged the parties "to resolve disputes over withholding without the need for summary judgment briefing, if possible."

Plaintiff takes the position that, in order to honor the Court's request, it needs "a better understanding of the justification for these redactions outside of the claimed FOIA exemptions" and asked undersigned government counsel to obtain answers to three categories of records.

Defendant has provided a response to one of the three categories:  at least one SOP released in other litigation will be processed and released.  As to several others, Defendant takes the position that they differ from what was previously produced and therefore are not in the public domain.  As to the second and third requests (including several subsections of that request), Defendant has yet to respond because the information was sought by Plaintiff during government counsel's Family Medical Leave.  The remainder of Plaintiff's request was forward to FBI today.  The parties are hopeful that, before both the additional processing described above and return of all remaining consultations has been completed, FBI will have responded to Plaintiff's questions such that a meaningful "meet and confer" will have occurred before the next Joint Status Report, which the parties propose filing on July 17, 2023.

| | |
|---|---|
| Date: May 16, 2023 | Respectfully submitted, |
| By: /s/<br>Carrie C. Mahan, D.C. Bar # 459802<br>S. Nicole Booth, D.C. Bar # 1723904<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street, N.W., Suite 600<br>Washington, D.C. 20036<br>(202) 682-7231<br>carrie.mahan@weil.com<br>nicole.booth@weil.com<br><br>*Counsel for Plaintiff Brady Center to  Prevent Gun Violence* | MATTHEW M. GRAVES, D.C. Bar # 481051<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Civil Division<br><br>By: /s/<br>JOHN MOUSTAKAS, D.C. Bar # 442076<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2518<br>john.moustakas@usdoj.gov<br><br>*Counsel for Defendant Federal Bureau of Investigation* |