UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE, <br>       Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br>       Defendant. | Civ. A. No. 21-0166 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Orders of September 9, 2021 and May 25, 2023, Plaintiff the Brady Center to Prevent Gun Violence ("Brady Center" or "Plaintiff"), and Defendant Federal Bureau of Investigation ("Defendant" or "FBI"), a component-agency of the United States Department of Justice ("DOJ"), hereby submit this Joint Status Report regarding the processing of the requests that are the subject of this case.

Pursuant to its duty to "meet and confer," Plaintiff has requested information of Defendant pertaining to exemptions invoked or redactions made in the productions that began two years ago. Those requests were forwarded by undersigned government counsel to the FBI and relevant government agencies for consultation. One consultation remains outstanding from another government agency: 179 pages from ICE. The consultation from ATF, however, was returned to the FBI, and the FBI anticipates releasing this consult in its August 15th release. The FBI continues to re-review documents requested for re-review by the Plaintiff, and it anticipates including reviewed and reprocessed pages in its August 15th release. Due to the volume of documents

requested for re-review, the FBI anticipates the re-review to continue into September and October, where additional releases may be made.

| | |
|---|---|
| Date: July 17, 2023 | Respectfully submitted, |
| By: */s/ John Puszcz* <br> JOHN PUSZCZ (Admitted Pro Hac Vice) <br> WEIL, GOTSHAL & MANGES LLP <br> 767 5th Avenue <br> New York, New York 10153 <br> Tel: (202) 310 - 8587 <br> Fax: (202) 310 - 8007 <br> john.puszcz@weil.com <br><br> *Counsel for Plaintiff Brady Center to Prevent Gun Violence* | MATTHEW M. GRAVES, D.C. Bar # 481051 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Civil Division <br><br> By: */s/ John Moustakas* <br> JOHN MOUSTAKAS, D.C. Bar # 442076 <br> Assistant United States Attorney <br> 601 D Street, N.W. <br> Washington, D.C. 20530 <br> (202) 252-2518 <br> john.moustakas@usdoj.gov <br><br> *Counsel for Defendant Federal Bureau of Investigation* |