UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE, <br>       Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br>       Defendant. | Civ. A. No. 21-0166 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Orders of July 19, 2023, Plaintiff, the Brady Center to Prevent Gun Violence ("Brady Center" or "Plaintiff"), and Defendant Federal Bureau of Investigation ("Defendant" or "FBI"), a component-agency of the United States Department of Justice ("DOJ"), hereby submit this Joint Status Report regarding the processing of the requests that are the subject of this case.

Since the time of the last joint status report, the FBI completed one batch of processing on August 15, 2023 (as anticipated), and released all responsive, nonexempt records. The FBI is also in the process of re-reviewing some documents, as referenced in the parties' last joint status report. The FBI anticipates completing another batch and releasing all responsive, nonexempt records within that batch, if applicable, by September 20, 2023.

As stated in the last joint status report, due to the volume of documents requested for re-review, the FBI anticipates the re-review to continue into October. In addition, during the intervening period since the parties' last joint status report, the FBI has followed up with ICE –

the other government agency to which records were forwarded for consultation as to ICE's equities.

| | |
|---|---|
| Date: September 18, 2023 | Respectfully submitted, |
| By: */s/ John Puszcz*<br>JOHN PUSZCZ (Admitted Pro Hac Vice)<br>WEIL, GOTSHAL & MANGES LLP<br>767 5th Avenue<br>New York, New York 10153<br>Tel: (202) 310 - 8587<br>Fax: (202) 310 – 8007<br><br>*Counsel for Plaintiff Brady Center to Prevent Gun Violence* | MATTHEW M. GRAVES, D.C. Bar # 481051<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Civil Division<br><br>By:  */s/ John Moustakas*<br>JOHN MOUSTAKAS, D.C. Bar # 442076<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2518<br>john.moustakas@usdoj.gov<br><br>*Counsel for Defendant Federal Bureau of Investigation* |