UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>FEDERAL BUREAU OF INVESTIGATION, <br><br>　　　　Defendant. | Civ. A. No. 21-0166 (CRC) |

## JOINT STATUS REPORT

　　Pursuant to the Court's Minute Order of September 18, 2023, Plaintiff, the Brady Center to Prevent Gun Violence ("Plaintiff"), and Defendant Federal Bureau of Investigation ("Defendant"), a component-agency of the United States Department of Justice ("DOJ"), hereby submit this Joint Status Report regarding the processing of the requests that are the subject of this case.

　　Since the time of the last joint status report, the FBI completed the re-review of records, referenced in the parties' last joint status report. The FBI released all responsive, nonexempt re-processed documents in October 2023. In addition, the FBI received 26 pages back from ICE, the other government agency to which records were forwarded for consultation. The FBI anticipates making a release regarding these pages on or about December 18, 2023. The FBI can also report that it has followed up with ICE about the remaining pages subject to its review and consultation and anticipates a response soon shortly.

　　In order that they shall have sufficient time to meet and confer in an effort to narrow, if not resolve entirely, any disputes between them after all of the records have been released and

reviewed by Plaintiff, the parties propose filing their next status report no later than February 15, 2023.  Unless supplemental requests arising out of post-release negotiations have not yet concluded, and the matter has not been otherwise concluded, the report shall include a briefing schedule for dispositive motions.

| | |
|---|---|
| Date: November 17, 2023 | Respectfully submitted, |
| By: */s/ John Puszcz* <br> JOHN PUSZCZ (Admitted Pro Hac Vice) <br> WEIL, GOTSHAL & MANGES LLP <br> 767 5th Avenue <br> New York, New York 10153 <br> Tel: (202) 310 - 8587 <br> Fax: (202) 310 - 8007 <br> john.puszcz@weil.com <br><br> *Counsel for Plaintiff Brady Center to Prevent Gun Violence* | MATTHEW M. GRAVES, D.C. Bar # 481051 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Civil Division <br><br> By:  */s/ John Moustakas* <br> JOHN MOUSTAKAS, D.C. Bar # 442076 <br> Assistant United States Attorney <br> 601 D Street, N.W. <br> Washington, D.C. 20530 <br> (202) 252-2518 <br> john.moustakas@usdoj.gov <br><br> *Counsel for Defendant Federal Bureau of Investigation* |