UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE, <br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civ. A. No. 21-0166 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of September 18, 2023, Plaintiff, the Brady Center to Prevent Gun Violence ("Plaintiff"), and Defendant Federal Bureau of Investigation ("Defendant"), a component-agency of the United States Department of Justice, hereby submit this Joint Status Report regarding the processing of the requests that are the subject of this case.

Since the time of the last joint status report, the Defendant re-reviewed and released records on December 15, 2023, January 12, 2024 and February 15, 2024. The Defendant will not review or release any more records in connection with this matter.

In order that the Plaintiff shall have sufficient time to complete its review of the records released to date, the parties propose filing their next status report no later than April 15, 2024. The next report shall include a briefing schedule for dispositive motions.

| | |
|---|---|
| Date: February 15, 2024 | Respectfully submitted, |
| By: /s/ John Puszcz<br>JOHN PUSZCZ (Admitted Pro Hac Vice)<br>WEIL, GOTSHAL & MANGES LLP<br>767 5th Avenue<br>New York, New York 10153<br>Tel: (202) 310 - 8587<br>Fax: (202) 310 - 8007<br>john.puszcz@weil.com<br><br>*Counsel for Plaintiff Brady Center to Prevent Gun Violence* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ *Fithawi Berhane*<br>FITHAWI BERHANE<br>Assistant United States Attorney<br>601 D Street N.W.<br>Washington D.C. 20530<br>(202) 252-6653<br>Fithawi.Berhane@usdoj.gov<br><br>*Counsel for the United States of America* |