UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE BRADY CENTER TO PREVENT GUN VIOLENCE,**<br><br>*Plaintiff*,<br><br>v.<br><br>**FEDERAL BUREAU OF INVESTIGATION,**<br><br>*Defendant*. | Civil Action No. 21-0166 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated February 16, 2024, The Brady Center to Prevent Gun Violence ("**Plaintiff**") and the Federal Bureau of Investigation ("**Defendant**") (collectively, the "**Parties**"), through counsel, respectfully submit the following Joint Status Report.

1. This is an action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, in which Plaintiff seeks to compel the disclosure of records in response to their FOIA request to Defendant.

2. On April 11, 2024, Plaintiff, through counsel, provided Defendant with a PDF document identifying certain redactions under FOIA Exemptions 5, 6, 7(C), and 7(E), which Plaintiff seeks to challenge at summary judgment briefing.

3. At this time, the parties have agreed to a briefing schedule for this case, stated as follows:

- Defendant to file a motion for summary judgment on or before July 22, 2024;

- Plaintiff to file its cross-motion for summary judgment and/or opposition to Defendant's motion for summary judgment on or before October 18, 2024;

- Defendant to submit its reply in support of its motion for summary judgment and/or its opposition brief to Plaintiff's cross-motion for summary judgment on or before December 2, 2024;

- Plaintiff to submit its reply in support of its motion for summary judgment on or before January 14, 2025;

4. A proposed order is attached to this Joint Status Report.

| | |
|---|---|
| Date: April 15, 2024 | Respectfully submitted, |
| By:<br>JOHN PUSZCZ (Admitted Pro Hac Vice)<br>WEIL, GOTSHAL & MANGES LLP<br>767 5th Avenue<br>New York, New York 10153<br>Tel: (202) 310 - 8587<br>Fax: (202) 310 - 8007<br>john.puszcz@weil.com<br><br>*Counsel for Plaintiff Brady Center to Prevent Gun Violence* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ Fithawi Berhane<br>FITHAWI BERHANE<br>Assistant United States Attorney<br>601 D Street N.W.<br>Washington D.C. 20530<br>(202) 252-6653<br>Fithawi.Berhane@usdoj.gov<br><br>*Counsel for the United States of America* |