UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE**,**<br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　Defendant. | Civ. A. No. 21-0166 (CRC) |

## JOINT STATUS REPORT

Plaintiff, the Brady Center to Prevent Gun Violence ("Plaintiff"), and Defendant Federal Bureau of Investigation ("Defendant"), a component-agency of the United States Department of Justice, hereby submit this Joint Status Report regarding the status of this case.

At this time, the parties report that Defendant has removed many of the contested redactions at issue in this case, and Plaintiff reports that it is satisfied with Defendant's releases and forgoes any further challenges to Defendant's withholdings. Accordingly, the parties respectfully request the Court to vacate the briefing schedule for the parties' motions for summary judgment. The only issue remaining in this case is the question of attorneys' fees, and the parties report their intention to settle this matter through good-faith negotiations. As such, the parties propose filing their next status report no later than May 28, 2025, updating the Court on the status of their negotiations or, if necessary, proposing a briefing schedule for further proceedings regarding attorneys' fees.

Dated: March 30, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　EDWARD R. MARTIN, JR., D.C. Bar #481866
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

-2-

By:    */s/ Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653

*Attorneys for the United States of America*