IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE BRADY CENTER TO PREVENT GUN VIOLENCE,**<br><br>*Plaintiff*,<br><br>v.<br><br>**FEDERAL BUREAU OF INVESTIGATION,**<br><br>*Defendant*. | Civil Action No. 21-0166 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Court's prior order, Plaintiff, The Brady Center to Prevent Gun Violence ("Plaintiff"), and Defendant Federal Bureau of Investigation ("Defendant") (together, "the Parties") respectfully submit this joint status report to update the Court on the status of the Parties' efforts to resolve the issue of attorneys' fees and costs.

Since the Court's prior order, the Parties have conferred and remain committed to resolving the matter of attorneys' fees through negotiation. However, the parties have not yet had an opportunity to engage in substantive negotiations because Plaintiff is still in the process of completing and reviewing the documentation necessary to support its request for attorneys' fees and costs.

Specifically, Plaintiffs require additional time to prepare a summary of attorneys' fees and supporting affidavits necessary to substantiate its claim. These materials must be also be reviewed and approved in accordance with the internal procedures of both Plaintiff Brady Center and Plaintiff's counsel prior to submission to Defendant. Plaintiff anticipates completing this process in the coming weeks.

Accordingly, the Parties respectfully request an additional 60 days to allow Plaintiff to finalize its attorneys' fees documentation and to provide the Parties sufficient time to engage in good-faith negotiations. The Parties propose to submit a further joint status report to the Court by Monday, July 28, 2025 to update the court on the progress of their discussions.

Dated: May 27, 2025                              Respectfully submitted,

/s/ *Joshua M. Wesneski*
Joshua M. Wesneski
(D.C. Bar No. 1500231)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, N.W., Suite 600
Washington, D.C. 20036
(202) 682-7248
joshua.wesneski@weil.com

Heidi R. Goldsmith (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000
heidi.goldsmith@weil.com

Douglas N. Letter
(D.C. Bar No. 253492)
BRADY UNITED AGAINST GUN VIOLENCE
840 First Street, N.E.
Washington, DC 20002
(202) 370-8156
dletter@bradyunited.org

*Attorneys for The Brady Center*
*to Prevent Gun Violence*

JEANINE FERRIS PIRRO
United States Attorney


By: */s/ Fithawi Berhane*
   FITHAWI BERHANE
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   (202) 252-6653

*Attorneys for the United States of America*