UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>   Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>   Defendants. | Civil Action No. 21-0166 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's prior order, Plaintiff, The Brady Center to Prevent Gun Violence ("Plaintiff"), and Defendant Federal Bureau of Investigation ("Defendant") (together, "the Parties") respectfully submit this joint status report to update the Court on the status of the Parties' efforts to resolve the issue of attorneys' fees and costs.

On July 23, 2025, Plaintiff provided Defendant with a settlement letter outlining the legal basis for its entitlement to attorneys' fees and supporting documentation. The Parties remain committed to negotiating in good faith to resolve the issue of attorneys' fees without the need for further litigation. However, the Parties have not yet had an opportunity to engage in substantive discussions regarding Plaintiff's submission. The parties believe that additional time will allow for meaningful discussions and potential resolution without further involvement of the Court.

Accordingly, the Parties respectfully request an additional 60 days to allow the Parties to engage in substantive settlement negotiations regarding attorneys' fees and costs. The Parties propose to submit a further joint status report to the Court by Monday, November 21, 2025 to update the court on the progress of their negotiations.

Dated: September 22, 2025

Respectfully submitted,

/s/ Joshua M. Wesneski
Joshua M. Wesneski
(D.C. Bar No. 1500231)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, N.W., Suite 600
Washington, D.C. 20036
(202) 682-7248
joshua.wesneski@weil.com

Heidi R. Goldsmith (pro hac vice)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000
heidi.goldsmith@weil.com

Douglas N. Letter
(D.C. Bar No. 253492)
BRADY UNITED AGAINST GUN VIOLENCE
840 First Street, N.W.
Washington, D.C. 20002
dletter@bradyunited.org

*Attorneys for The Brady Center to Prevent Gun Violence*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Bisola Oni
BISOLA ONI
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
(202) 740-2243
Bisola.oni@usdoj.gov

*Attorneys for the United States of America*