UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>   Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>   Defendants. | Civil Action No. 21-0166 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's prior order, Plaintiff, The Brady Center to Prevent Gun Violence ("Plaintiff"), and Defendant Federal Bureau of Investigation ("Defendant") (together, "the Parties") respectfully submit this joint status report to update the Court on the status of the Parties' efforts to resolve the issue of attorneys' fees and costs.

On July 23, 2025, Plaintiff provided Defendant with a settlement letter outlining the legal basis for its entitlement to attorneys' fees and supporting documentation. Defendants provided Plaintiff with a counteroffer on January 27, 2026. Plaintiffs responded on February 27, 2026, and Defendants provided a revised counteroffer on April 1, 2026, which Plaintiffs are reviewing.

The Parties are negotiating in good faith to resolve the issue of attorneys' fees without the need for further litigation.  As previously ordered, if the parties have not resolved or agreed to mediate prior to April 20, 2026, Plaintiffs will file a motion for fees on that date. The Parties are optimistic that meaningful progress will be made prior to April 20, 2026, and are jointly working toward resolution of this case without further involvement of the Court.

Dated: April 6, 2026                    Respectfully submitted,

*/s/ Joshua M. Wesneski*
Joshua M. Wesneski
(D.C. Bar No. 1500231)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, N.W., Suite 600
Washington, D.C. 20036
(202) 682-7248
joshua.wesneski@weil.com

Douglas N. Letter
(D.C. Bar No. 253492)
BRADY UNITED AGAINST GUN
VIOLENCE
840 First Street, N.W.
Washington, D.C. 20002
dletter@bradyunited.org

*Attorneys for The Brady Center to Prevent
Gun Violence*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Bisola Oni*
BISOLA ONI
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
(202) 740-2243
Bisola.oni@usdoj.gov

*Attorneys for the United States of America*