UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE BRADY CENTER TO PREVENT GUN
VIOLENCE,

       Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,

       Defendants.

Civil Action No. 21-0166 (CRC)

**JOINT STATUS REPORT**

Pursuant to the Court's prior order, Plaintiff, The Brady Center to Prevent Gun Violence ("Plaintiff"), and Defendant Federal Bureau of Investigation ("Defendant") (together, "the Parties") respectfully submit this joint status report to update the Court on the status of the Parties' efforts to resolve the issue of attorneys' fees and costs.

The Parties have reached a settlement agreement and aver that a stipulation of dismissal will be filed pending the execution of the settlement agreement.

Dated: April 20, 2026                Respectfully submitted,

*/s/ Joshua M. Wesneski*
Joshua M. Wesneski
(D.C. Bar No. 1500231)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, N.W., Suite 600
Washington, D.C. 20036
(202) 682-7248
joshua.wesneski@weil.com

Douglas N. Letter
(D.C. Bar No. 253492)
BRADY UNITED AGAINST GUN

VIOLENCE
840 First Street, N.W.
Washington, D.C. 20002
dletter@bradyunited.org

*Attorneys for The Brady Center to Prevent Gun Violence*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Bisola Oni*
BISOLA ONI
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
(202) 740-2243
Bisola.oni@usdoj.gov

*Attorneys for the United States of America*